**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| WELLS FARGO BANK N.A., | : | No. 640 MAL 2019 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| KENNETH J. TAGGART A/K/A KENNETH TAGGART, | : | |
| | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 14th day of April, 2020, the Petition for Allowance of Appeal is **DENIED**.

     The Motion to Waive Requirement of Reproduced Record and Notice to the Court is **GRANTED**.